UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DULAZIA BURCHETTE,           :

                Plaintiff,   :

      v.                            :

ANDREW M. SAUL,              :
Commissioner of Social Security,
                        :
                Defendant.
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

19 Civ. 5402 (PED)

       IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. Defendant shall file a motion for judgment on the pleadings by December 13, 2019.

2. Plaintiff shall file a response to defendant's motion by February 11, 2020.

3. Defendant shall file any reply by March 3, 2020.

       So Ordered.

Dated:    White Plains, New York

            November 12, 2019

                                          PAUL E. DAVISON
                                          UNITED STATES MAGISTRATE JUDGE

Clerk kindly close Dkt. 14.