**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DULAZIA BURCHETTE,

                Plaintiff,                19 **CIVIL** 5402 (PED)

    -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated September 23, 2020, the Commissioner's motion is GRANTED and plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 23, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
              **BY:**
                                          _____
                                          **Deputy Clerk**